```
1  Justin Prato SBN 246968
   PRATO & REICHMAN, APC
2  8555 Aero Drive, Suite 303
3  San Diego, CA 92123
   Telephone: 619-886-0252
4  Email: JustinP@prato-reichman.com
5
6  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ROGER DEFRANCA, | Case No: 3:18-cv-02874-W-BLM |
|---|---|
| Plaintiff, | |
| vs. | **JOINT MOTION FOR STIPULATION OF VOLUNTARY DISMISSAL OF WITH PREJUDICE** |
| THE CHEESECAKE FACTORY RESTAURANTS INC., and TFC & CO., LLC, | |
| Defendants. | |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed, **with prejudice** against Defendant, THE CHEESECAKE FACTORY RESTAURANTS

INC., and TFC & CO., LLC,, with each party to bear their own attorney's fees and costs.   No other Defendants remaining, it is hereby stipulated that the entire case be dismissed.

DATED:  April 18, 2019     **PRATO & REICHMAN, APC**

  __/s/ Justin Prato Esq._____
 By: Justin Prato, Esq.
 Attorneys for Plaintiff
 Roger Defranca

DATED:  April 18, 2019     **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

 s/ Anthony Sbardellati
 By:Anthony Sbardellati
 Attorneys for Defendant
 The Cheesecake Factory Restaurants, Inc.

# **ATTESTATION**

I hereby attest that Anthony Sbardellati has given me approval to affix his electronic signature to this dismissal.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  April 18, 2019          **PRATO & REICHMAN, APC**

  _/s/ Justin Prato Esq._____
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
Roger Defranca

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date listed below.

          __X__   Via ECF

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

Anthony Sbardellati
Attorneys for Defendant
The Cheesecake Factory Restaurants, Inc.

DATED: April 18, 2019                    **PRATO & REICHMAN, APC**


                                          *__/s/ Justin Prato Esq._____*
                                          By: Justin Prato, Esq.
                                          **Prato & Reichman, APC**
                                          Attorneys for Plaintiff
                                          Roger Defranca