# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DEFRANCA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CHEESECAKE FACTORY RESTAURANTS INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-2874 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 6]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 6.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, parties will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 29, 2019

_____
Hon. Thomas J. Whelan
United States District Judge